**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Timothy Salisbury,

        Plaintiff,                        Civil No. 09-1945 (RHK/RLE)

vs.

                                                    **ORDER**

Itasca County, et al.,

        Defendants.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: July 29, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge