# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Timothy Salisbury,

                      Plaintiff,

                                                                   Civil No. 09-1945 (RHK/LIB)

v.                                                                     **ORDER FOR JUDGMENT**

Itasca County, Deputy Rob Johnson, and
Deputy A.J. Morse,

                      Defendants.

---

      This matter having been tried to a jury from October 12, 2010, to October 14, 2010, and the jury having returned Special Verdicts that the individual Defendants did not use excessive force when arresting Plaintiff, **IT IS ORDERED** that the jury's Special Verdicts are **ADOPTED** by the Court as its own. **IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 58(b), that the Clerk of Court enter judgment in favor of Defendants on Plaintiff's claims and that Plaintiff's Complaint (attached to Doc. No. 1) be **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 15, 2010                              s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge