

# HAZELTON
## INJURY ATTORNEYS
LAWYERS FOR THE PEOPLE

ATTORNEYS
GARY M. HAZELTON
(MSBA CERTIFIED CIVIL TRIAL SPECIALIST)
MICHAEL R. HUGHES

MARY L. SPLADY, PARALEGAL
BETTY BECK, LEGAL ASSISTANT
MARY BRUESTLE, LEGAL ASSISTANT
RACHEL LARSON, LEGAL SECRETARY
ROXANN KEMINK, BOOKKEEPER

November 23, 2010

United States District Court Clerk
417 Federal Building
515 West First Street
Duluth, MN  55802-1397

Re:   Timothy Salisbury v. Itasca County; Deputy Rob Johnson, individually and in his official capacity; Deputy A. J. Morse, individually and in his official capacity; Court File 09-1945 RHK/LIB
DOL:  July 6, 2007

Dear Mr. Sletten:

I am writing to inform the Court that Hazelton Law Firm no longer represents Mr. Salisbury in the appeal in this matter. Our representation of Mr. Salisbury was for the prosecution of the case through the jury trial. He has not retained us to handle the appeal and he is currently seeking counsel to handle the appeal for him. We are requesting that we not receive ECF notices in this matter and that our firm not be listed as representing Mr. Salisbury in any future proceedings.

If you have any questions, please feel free to contact me at my office anytime.

Sincerely,

Michael R. Hughes
Attorney at Law
MichaelH@1888consult.info

Cc:   The Honorable Richard H. Kyle
      772 Federal Building
      316 North Robert Street
      Minneapolis, MN 55101

      Jason M. Hiveley, Esq
      Jon K. Iverson, Esq.
      Iverson Reuvers
      9321 Ensign Avenue South
      Bloomington, MN 55438

      Timothy Salisbury
      33458 North Portage Trail
      Grand Rapids, MN 55744

**SCANNED**
NOV 2 9 2010
U.S. DISTRICT COURT DULUTH

LICENSED IN MINNESOTA  NORTH DAKOTA  REDLAKE NATION TRIBAL COURT
MAILING ADDRESS: P.O. BOX 1248 · BEMIDJI, MINNESOTA 56619-1248
TEL (218) 444-4529 · FAX (218) 755-1747 · WWW.1888CONSULT.INFO
LOCATED AT: 677 ANNE STREET NW, SUITE B · BEMIDJI, MN



**HAZELTON**
INJURY ATTORNEYS
LAWYERS FOR THE PEOPLE
677 ANNE STREET SUITE B
P.O. BOX 1248
BEMIDJI, MINNESOTA 56619-1248



RECEIVED
10 NOV 29 AM 9:48
CLERK, U.S. DIST. COURT
DULUTH, MN

United States District Court Clerk
417 Federal Building
515 West First Street
Duluth, MN 55802-1397

